FILED

APR - 3 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| LEONARD TAYLOR, | ) | **4:19CR00276 ERW/NAB** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

### COUNT I
**(Sex Trafficking By Force Fraud or Coercion)**

The Grand Jury charges that:

Between on or about May 5, 2017 and continuing through on or about June 27, 2017 within the Eastern District of Missouri and elsewhere, the defendant,

**LEONARD TAYLOR,**

did knowingly, in or effecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: "Jane Doe," and did benefit financially and did receive something of value from participation in a venture which had engaged in commercial sex acts, knowing, and in reckless disregard of the fact that means of force, fraud or coercion would be used to cause "Jane Doe" to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

## COUNT II
### (Interstate Transportation of an Individual to Engage in Prostitution)

The Grand Jury further charges that:

Between on or about May 5, 2017 and continuing through on or about June 27, 2017

within the Eastern District of Missouri and elsewhere,

### LEONARD TAYLOR,

the defendant herein did knowingly transport "Jane Doe" in interstate commerce with the intent

that "Jane Doe" engage in prostitution.

All in violation of Title 18, United States Code, Sections 2421 and 2.


A TRUE BILL.


_____
FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney