RECEIVED

JUN 0 8 2020

BY MAIL

Wednesday June 3, 2020   6:45 p.m.

To whom it may concern;

I'm writting to you to complain of how federal inmates are being treated @ the downtown Saint Louis justice center. I have filed four (4) I.R.I. form against case manager Weber for refusing to help me with anything. I can't get my pencils sharpened that I have purchased @ commissary. I can't send money to my family because Case manager Weber decline to give to me the necessary forms to do so.

The four (4) I.R.R. form that I filed on the tablet has been pending for some time now. That is the procedure when I'm being ignored. I can't get an answer period. I have grieved to Lyda Krewson, Dale Glass, Adriane Barnes, as well as Warren Thomas to no avail. Now I bring this complaint to the courts hoping that you will be able to assist me or give me the address to the correct people to write too.

All of my concerns @ this time is the resposibility of case manger Weber. He refuse to answer request done by the tablet, and when he comes to pass out the free bags once a week he want even talk to me. So it is impossible to voice my needs when he want listen.

I am a resident of Mississippi my family is in dire need of the monies that I have to send them. And I should not be hindered because a case manager don't want to do his job.

Thank you so very kindly for your time. I do hope to get some results.

Sincerely,

$ 000.50

ST LOUIS MO 630
05 JUN 20
PM 1

Office of the clerk, Missouri
District of the Eastern District of Missouri
111 South 10th Street
Saint Louis, Missouri